Rick L. Rose (5140)
Blake M. Biddulph (15541)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
rrose@rqn.com
bbiddulph@rqn.com

*Attorneys for Defendant Big 5 Corp. d/b/a Big 5 Sporting Goods*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| RICHARD FUIT and KIMBERLY FUIT,<br><br>Plaintiffs,<br><br>v.<br><br>EXTREME PRODUCTS GROUP, L.L.C., a Delaware corporation; and XIAMEN HONG DAO TECHNOLOGY CO., LTD., a/k/a FITMASTER,<br><br>Defendants. | **NOTICE OF SETTLEMENT**<br><br>Case No. 1:16-cv-0035-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |
| BIG 5 CORPORATION, d/b/a BIG 5 SPORTING GOODS,<br><br>Cross-Claim Plaintiff,<br>v.<br><br>EXTREME PRODUCTS GROUP, L.L.C., a Delaware corporation,<br><br>Cross-Claim Defendant. | |

Pursuant to the Order Granting Second Stipulated Motion for Amended Scheduling Order & Stay Pending Mediation (Dkt. 108), Plaintiffs Richard and Kimberly Fuit, Defendant Big 5 Corp. d/b/a Big 5 Sporting Goods, and Defendant Extreme Products Group, LLC inform the Court that the case has settled.  The Parties are in the process of finalizing settlement documents and will file a Stipulated Motion to Dismiss with Prejudice when those documents are finalized.

DATED this 22nd day of May, 2019.

                                    RAY QUINNEY & NEBEKER P.C.

                                    /s/ Blake M. Biddulph
                                    Rick L. Rose
                                    Blake M. Biddulph

*Attorneys for Defendant Big 5 Corporation dba Big 5 Sporting Goods*

DATED this 22nd day of May, 2019.

                                    DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN

                                    /s/ Peter Summerill
                                    Colin P. King
                                    Peter Summerill

*Attorneys for Plaintiffs*

DATED this 22nd day of May, 2019.

                                    CHRISTENSEN & JENSEN, P.C.

                                    /s/ Sarah Elizabeth Spencer
                                    Sarah Elizabeth Spencer
                                    Bryson R. Brown

*Attorneys for Defendant Extreme Products Group, LLC*

1482482